THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
JAMES STEWART #507710
　　　　　　　　Plaintiff
vs.
WARDEN CONNIE HORTON
UNKNOWN ANDERSON, 3RD SHIFT C/O
UNKNOWN CASSY, 2ND SHIFT C/O
UNKNOWN SCHROVENWEVER, 2ND SHIFT C/O
JONATHAN WORF, 2ND SHIFT C/O
INDIVIDUALLY AND IN THEIR
OFFICIAL CAPACITIES
　　　　　　　　DEFENDANTS

FILED - MQ
June 17, 2022 10:44 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mlc SCANNED BY: /s/

CIVIL ACTION NO. _____

2:22-cv-127
Maarten Vermaat
U.S. Magistrate Judge

I. JURISDICTION

1. THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C. SECTION 1983 TO REDRESS THE DEPRIVATION, UNDER COLOR OF STATE LAW OF RIGHTS SECURED BY THE CONSTITUTION OF THE UNITED STATES. THE COURT HAS JURISDICTION UNDER 28 U.S.C. SECTION 1331 AND 1343(A)(3). PLAINTIFF SEEKS DECLATORY RELIEF PURSUANT TO 28 U.S.C. SECTION 2201 AND 2202. PLAINTIFFS CLAIM FOR INJUNCTIVE RELIEF ARE AUTHORIZED BY 28 U.S.C. SECTION 2283 & 2284 AND RULE 65 OF THE FEDERAL RULES OF CIVIL PROCEDURES.

2. THE WESTERN DISTRICT OF MICHIGAN IS AN APPROPRIATE VENUE UNDER 28 U.S.C. SECTION 1391 (B)(2) BECAUSE IT IS WHERE THE EVENTS GIVING RISE TO THIS CLAIM OCCURRED.

II. PLAINTIFF

3. PLAINTIFF JAMES ALFRED STEWART #507710 IS AND WAS AT ALL TIMES MENTIONED HEREIN A PRISONER OF THE MICHIGAN STATE OF MICHIGAN IN THE CUSTODY OF THE MICHIGAN DEPARTMENT OF CORRECTIONS. HE IS CURRENTLY CONFINED IN BARAGA CORRECTIONAL FACILITY IN BARAGA MICHIGAN. INCIDENT OCCURRED CHIPPEWA CORRECTIONAL FACILITY IN KINCHELOE MICHIGAN.

III. DEFENDANTS

4. DEFENDANT CONNIE HORTON IS THE WARDEN OF CHIPPEWA CORRECTIONAL FACILITY. SHE IS LEGALLY RESPONSIBLE FOR THE OPERATION OF CHIPPEWA CORRECTIONAL FACILITY AND FOR THE WELFARE OF ALL THE INMATES IN THAT PRISON.

5. DEFENDANT UNKNOWN ANDERSON IS A 3RD SHIFT CORRECTIONAL OFFICER OF THE MICHIGAN DEPARTMENT OF CORRECTIONS WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT HELD THE RANK OF CORRECTIONAL OFFICER AND WAS ASSIGNED TO CHIPPEWA CORRECTIONAL FACILITY.

6. DEFENDANT UNKNOWN CASSY IS A 2ND SHIFT CORRECTIONAL OFFICER OF THE MICHIGAN DEPARTMENT OF CORRECTIONS WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT HELD THE RANK OF CORRECTIONAL OFFICER AND WAS ASSIGNED TO CHIPPEWA CORRECTIONAL FACILITY.

7. DEFENDANT UNKNOWN SCHROVENWEVER IS A 2ND SHIFT CORRECTIONAL OFFICER OF THE MICHIGAN DEPARTMENT OF CORRECTIONS WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT HELD THE RANK OF CORRECTIONAL OFFICER AND WAS ASSIGNED TO CHIPPEWA CORRECTIONAL FACILITY.

8. DEFENDANT JONATHAN WORF IS A 2ND SHIFT CORRECTIONAL OFFICER OF THE MICHIGAN DEPARTMENT OF CORRECTIONS WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT HELD THE RANK OF CORRECTIONAL OFFICER AND WAS ASSIGNED TO CHIPPEWA CORRECTIONAL FACILITY.

## III FACTS

9. I wrote a letter in regards to my lost property to Connie Horton, which I received no response. And since she's the warden of Chippewa Correctional Facility it is her duty to protect prisoner property.

10. Defendant unknown Anderson who was/is a 3rd shift correction officer at Chippewa Correctional Facility was the one who signed my pack up slip that had a lot of property of mine missing.

11. Defendant unknown Cassy was a 2nd shift correctional officer at Chippewa Correctional Facility was the one who went into the cell I was currently at Steamboat 311 and took books out of the cell which camera footage will show on 10-2-2021 at around 4:00 PM - 10:00 PM, as well as he was the unit officer which its his responsibility for my property.

12. Defendant Jonathan Ware was a 2nd shift correctional facility at Chippewa Correctional Facility was the one who shackled me when I was emergency transferred from Chippewa Correctional Facility to Baraga Correctional Facility which put him in the presence of my stolen/loss property.

13. Defendant unknown Schrovenwever was a 2nd shift correctional officer at Chippewa Correctional Facility and he was a unit officer in Steamboat and he had an obligation to protect my property which he failed to do so.

14. I am missing 42 books which were bought January 2021 and up lost 10-2-2021 along with my presentence investigation report, police report and transcripts as well as paperwork pertaining to lawsuits: case # 2:20-CV-237, case # 2:21-CV-101 and case # 2:21-CV-200, as well as all grievances in which were filed and all health care kites filed. I went 2 weeks with no shower shoes, 1 pair of underwear, no socks and only a jumpsuit due to having no property.

## IV LEGAL CLAIMS

15. The unsafe conditions violated plaintiff James Stewart #507710 rights and constituted cruel and unusual punishment under the 8th amendment to the United States constitution.

16. The right of people to be secure in their papers, effects against illegal seizures violated plaintiff James Stewart #507710 rights and constituted taking my property with no proper procedure under the 4th amendment to the United States constitution.

17. The right all persons born in the United States and subject to the jurisdiction thereof are citizens of the United States and of the state wherein they reside, no state shall deprive any person of property without due process violated plaintiff James Stewart #507710 rights and constituted taking my property without due process under the 14th amendment section 1 to the United States constitution.

## V PRAYER FOR RELIEF

Wherefore plaintiff respectfully prays that the court enter judgment granting plaintiffs

Page 2 of 3

18. A declaration that the acts and omissions described herein violated plaintiffs rights under the Constitution and laws of the United States.
19. Compensatory damages in the amount of $10,000.00 against each defendant, jointly and severally.
20. Punitive damages in the amount of $5,000.00 against each defendant jointly and severally.
21. Plaintiffs costs in this suit.
22. A jury trial on all issues triable by jury.
23. Defendants pay $621.98 for lost property
24. Points waived
25. Transfer to a level 4 facility
26. Any additional relief this court deems just, proper and equitable

Dated 6-13-2022
Respectfully submitted
James Stewart #507710
Baraga Correctional Facility
13924 Wadaga Road
Baraga, MI. 49908

VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief and as to those I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Baraga Michigan on 6-13-2022

James Stewart #507710

Page 3 of 3

James Stewart #507710
Baraga Corr. Fac.
13924 Wadaga Rd.
Baraga, MI. 49908

TO:



FIRST-CLASS
US POSTAGE (IMI) PITNEY BOWES
ZIP 49908
02 7H
0006052796   $ 001.76⁰
JUN 15 2022

ERK OF THE COURT
.O. BOX 698
30 FEDERAL BLDG.
O2 W. WASHINGTON ST.
ARQUETTE, MI. 49855