UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

JAMES STEWART,

    Plaintiff,

Case No. 2:22-cv-127

v.

Honorable Maarten Vermaat

CONNIE HORTON et al.,

    Defendants.

_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: August 11, 2022

/s/ *Maarten Vermaat*
Maarten Vermaat
United States Magistrate Judge